JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MADRIGAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00790-AWI-BAM<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from March 22, 2022 to April 21, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time Counsel for the Plaintiff has a pre-planned major orthopedic surgery the week of March 14, 2022. After the surgery, Counsel will be undergoing physical therapy and rehabilitation.

1

Additionally, another attorney with the firm, Ms. Dolly Trompeter, is currently out of state due to her father's medical condition and as a result, the undersigned has taken on additional matters compounding the need for an additional extension.

     Due to the combination of the above issues, Counsel for Plaintiff respectfully requests a 30-day extension.

     Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                  Respectfully submitted,

Dated: March 9, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

                                 By: */s/ Jonathan Omar Pena*
                                     JONATHAN OMAR PENA
                                     Attorneys for Plaintiff

Dated: March 9, 2022        PHILLIP A. TALBERT
                                     United States Attorney
                                     LISA A. THOMAS
                                     Regional Chief Counsel, Region VII
                                     Social Security Administration

                                By:  */s/ Jeffrey E. Staples*
                                     Jeffrey E. Staples
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant
                                     (*As authorized by email on March 9, 2022)

# **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include April 21, 2022, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the Court's Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 10, 2022**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE