Phillip A. Talbert
Acting United States Attorney
WILLY LE
Acting Regional Chief Counsel, Region VI
Social Security Administration
KRISTINE VITEMB, Texas BN 24065153
Special Assistant United States Attorney
    1301 Young St., Suite 350
    Mailroom 104
    Dallas, TX 75202
    Telephone: (214) 767-8378
    Facsimile: (214) 767-4117
    E-Mail: Kristine.Vitemb@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ALICIA MADRIGAL BARRAZA,<br><br>    Plaintiff,<br><br> vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-CV-00790-BAM (SS)<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the parties stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from Monday, May 23 2022, up to and including Wednesday, June 22, 2022.  This is the Defendant's first request for an extension.

    Counsel for Defendant has recently been reassigned to this matter and currently has a backlog of work with several pending deadlines.  Therefore, the undersigned respectfully requests a 30-day extension to complete Commissioner's Response Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: May 19, 2022            /s/ *Jonathan Pena*
                                      (*as authorized via e-mail on May 19, 2022)
                                      JONATHAN PENA
                                      Attorney for Plaintiff

                                        Respectfully submitted,

Dated: May 19, 2022            PHILLIP A. TALBERT
                                      Acting United States Attorney
                                      WILLY LE
                                      Acting Regional Chief Counsel, Region VI
                                      Social Security Administration

                              By     /s/ *Kristine Vitemb*
                                      KRISTINE VITEMB
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

ORDER

Pursuant to the parties' request, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 22, 2022, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

   Dated:   **May 26, 2022**                      /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE